IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mills, David | Case Number: | 07 B 04439 |
| --- | --- | --- | --- |
| | Mills, Diane | Judge: | Goldgar, A. Benjamin |
| | Printed: 6/5/07 | Filed: | 3/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Transferred: May 1, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
| --- | --- | --- |
| | 323.88 | |
| Secured: | | 306.39 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 17.49 |
| Other Funds: | | 0.00 |
| Totals: | 323.88 | 323.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 1. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 2. | First Midwest Bank | Secured | 14,760.00 | 306.39 |
| 3. | Washington Mutual Bank FA | Secured | 5,000.00 | 0.00 |
| 4. | Wells Fargo Financial Bank | Unsecured | 0.00 | 0.00 |
| 5. | Target National Bank | Unsecured | 180.44 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 186.07 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 477.63 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 9. | Washington Mutual Finance | Secured | | No Claim Filed |
| 10. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | American Family Insurance | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Beneficial Financial | Unsecured | | No Claim Filed |
| 15. | HFC | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Centegra Medical Center | Unsecured | | No Claim Filed |
| 18. | Centegra Medical Center | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Centegra Medical Center | Unsecured | | No Claim Filed |
| 21. | Centegra Medical Center | Unsecured | | No Claim Filed |
| 22. | Centegra Medical Center | Unsecured | | No Claim Filed |
| 23. | Centegra Medical Center | Unsecured | | No Claim Filed |
| 24. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 25. | Family Resorts & Travel | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mills, David                             Case Number:  07 B 04439
             Mills, Diane                             Judge:  Goldgar, A. Benjamin
             Printed:  6/5/07                         Filed:  3/13/07

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Abbott Northwestern Hospital | Unsecured | No Claim Filed |
| 27. | H & R Accounts | Unsecured | No Claim Filed |
| 28. | Freedman Anselmo Lindberg | Unsecured | No Claim Filed |
| 29. | Center For Neurology Sc | Unsecured | No Claim Filed |
| 30. | H & R Accounts | Unsecured | No Claim Filed |
| 31. | H & R Accounts | Unsecured | No Claim Filed |
| 32. | H & R Accounts | Unsecured | No Claim Filed |
| 33. | KCA Financial Services | Unsecured | No Claim Filed |
| 34. | Advocate Lutheran General Health Partner | Unsecured | No Claim Filed |
| 35. | H & R Accounts | Unsecured | No Claim Filed |
| 36. | MHS Physician Service | Unsecured | No Claim Filed |
| 37. | NCO Financial Systems | Unsecured | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | No Claim Filed |
| 39. | MHS Physician Service | Unsecured | No Claim Filed |
| 40. | Pain Care Consultants | Unsecured | No Claim Filed |
| 41. | NCO Financial Systems | Unsecured | No Claim Filed |
| 42. | The Center For Neurology Sc | Unsecured | No Claim Filed |
| 43. | NEU Family Dental | Unsecured | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | No Claim Filed |
| 45. | Thrift Savings Plan TSP24 | Unsecured | No Claim Filed |
| 46. | Nicor Gas | Unsecured | No Claim Filed |
| 47. | Signatures Medical Association | Unsecured | No Claim Filed |
| 48. | United Recovery Services | Unsecured | No Claim Filed |
| 49. | Thrivent Financial Bank | Unsecured | No Claim Filed |
| 50. | Transworld | Unsecured | No Claim Filed |
| 51. | Wells Fargo Credit Corp. | Unsecured | No Claim Filed |
| 52. | MRSI | Unsecured | No Claim Filed |
| 53. | USPS Dispursing Officer | Unsecured | No Claim Filed |
| 54. | Wells Fargo Fin Acceptance | Unsecured | No Claim Filed |
| 55. | WF Finance | Unsecured | No Claim Filed |
| 56. | Weltman Weinberg | Unsecured | No Claim Filed |
| 57. | Elgin Emergency Room Physician | Unsecured | No Claim Filed |
| 58. | Woodstock Pathology Ltd | Unsecured | No Claim Filed |
| 59. | United Recovery Services | Unsecured | No Claim Filed |
| 60. | Pulmonary & Sleep Medicine | Unsecured | No Claim Filed |
| 61. | Source One Medical | Unsecured | No Claim Filed |
| 62. | The Spine Center | Unsecured | No Claim Filed |
| 63. | Drs Gott Goldrath And Troy SC | Unsecured | No Claim Filed |

                                                                    _____        _____
                                                                    $ 20,604.14        $ 306.39

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 17.49 |
|  | _____ |
|  | $ 17.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mills, David<br>Mills, Diane<br>Printed: 6/5/07 | Case Number: 07 B 04439<br>Judge: Goldgar, A. Benjamin<br>Filed: 3/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_