```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04439
    DAVID MILLS
    DIANE MILLS                               CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

           Debtor
    SSN XXX-XX-4559     SSN XXX-XX-4117
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/13/07 and confirmed on 06/21/07.

   2.  The case was converted to Chapter 7 after confirmation, 11/20/2007.

   3.  The Debtor paid a total of $   4116.12 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 5000.00 | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED VEHIC | 16000.09 | 248.12 | 1489.66 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3997.39 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3733.33 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3239.48 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1887.85 | .00 | .00 |
| CENTEGRA MEDICAL CENTER | UNSECURED | 817.02 | .00 | .00 |
| CENTER FOR NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL STATES OPEN MRI | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3721.39 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9552.66 | .00 | .00 |
| GOTT GOLDRATH AND TROY M | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| CREATER ELCIN EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| H & R ACCOUNTS INC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MHS PHYSICIAN SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NEW FAMILY DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                     UNSECURED      NOT FILED           .00          .00
PAIN CARE CONSULTANTS         UNSECURED      NOT FILED           .00          .00
PULMONARY & SLEEP MEDICI      UNSECURED      NOT FILED           .00          .00
SIGNATURE MEDICAL ASSOC       UNSECURED      NOT FILED           .00          .00
SOURCE ONE MEDICAL            UNSECURED      NOT FILED           .00          .00
ROUNDUP FUNDING LLC           UNSECURED       3608.79            .00          .00
CENTER FOR NEUROLOGY          UNSECURED      NOT FILED           .00          .00
SPINE CENTER                  UNSECURED      NOT FILED           .00          .00
THRIFT SAVINGS PLAN SVC       UNSECURED      NOT FILED           .00          .00
THRIVENT FINANCIAL BANK       UNSECURED      NOT FILED           .00          .00
TRANSWORLD SYSTEMS INC        UNSECURED      NOT FILED           .00          .00
UNITED RECOVERY SYSTEMS       UNSECURED      NOT FILED           .00          .00
USPS DISBURSING OFFICER       UNSECURED      NOT FILED           .00          .00
WELLS FARGO FINANCIAL IN      UNSECURED       1105.03            .00          .00
WELTMAN WEINBERG & REIS       UNSECURED      NOT FILED           .00          .00
WELLS FARGO FINANCIAL BA      UNSECURED       5915.07            .00          .00
WELLS FARGO FINANCIAL IN      UNSECURED       3344.64            .00          .00
NORWEST FINANCIAL             UNSECURED      NOT FILED           .00          .00
WOODSTOCK IMAGING ASSOC       UNSECURED      NOT FILED           .00          .00
```

Summary of disbursements:

---

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 21000.09  | .00      | 40922.65  | .00   | 61922.74 |
| PRINCIPAL PAID     | 1489.66   | .00      | .00       | .00   | 1489.66  |
| INTEREST PAID      | 248.12    | .00      | .00       | .00   | 248.12   |
| TOTAL PAID         | 1737.78   | .00      | .00       | .00   | 1737.78  |

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00 and was paid $   2271.32 .

The Trustee received $    107.02 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 07 B 04439 DAVID MILLS & DIANE MILLS
```